```
WENDY ABKIN (State Bar No. 121286)
E-Mail:      wabkin@sideman.com
STEVEN M. KATZ (State Bar No. 164617)
E-Mail:      skatz@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for
SALLY SWANSON ARCHITECTS, INC.
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY SWANSON ARCHITECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. CV 06-05502 MHP <br><br> **STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1), with the understanding that the Plaintiff will request that the Internal Revenue Service allow Plaintiff to enter into an appropriate installment agreement for the payment of Plaintiff's employment tax liabilities, which are the subject of this action.

DATED: November 27, 2006

SIDEMAN & BANCROFT LLP

By: _____
Steven M. Katz
Attorneys for SALLY SWANSON ARCHITECTS, INC.

smk:cvd:SSAI.7054\265006_1.DOC

STIPULATION FOR DISMISSAL                         Case No. CV 06-05502 MHP

1
2  DATED: November 27, 2006          KEVIN V. RYAN

3
4                                    By: _____
5                                       Jay R. Weill
                                        Assistant United States Attorney
6                                       Chief, Tax Division

7                                    **ORDER**

8
   Pursuant to the Stipulation of the parties, as set forth above, IT IS SO ORDERED.
9

10 DATED: 11/29/06                   _____
11                                    MARILYN HALL PATEL
                                      United States District Judge
12
   SSAI.7054\265006_1.DOC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

smk:cvd:SSAI.7054\265006_1.DOC
                    2
STIPULATION FOR DISMISSAL    Case No. CV 06-05502 MHP

TOTAL P.03